IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WAYNE WILSON, | No. CIV S-05-1649-GEB-CMK |
| Plaintiff, | |
| vs. | ORDER |
| TERESA A. SCHWARTZ, et al., | |
| Defendants. | |

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for leave to proceed in forma pauperis (Doc. 5). Plaintiff's complaint will be addressed by separate order.

      Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). The request to proceed in forma pauperis will, therefore, be granted.

      Accordingly, IT IS HEREBY ORDERED that:

      1.    Plaintiff's motion for leave to proceed in forma pauperis is granted;

      2.    Plaintiff is required to pay the statutory filing fee for this action pursuant to 28 U.S.C. §§ 1914(a) and 1915(b)(1);

///

1   3.   An initial partial filing fee of $0.36 will be assessed by this order pursuant to 28 U.S.C. § 1915(b)(1);

2   4.   By separate order, the court will direct the appropriate agency to collect the initial partial filing fee from plaintiff's trust account and forward it to the Clerk of the Court; and

3   5.   Thereafter, plaintiff will be obligated for monthly payments of twenty percent of the preceding month's income credited to plaintiff's prison trust account, such payments to be forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full, pursuant to 28 U.S.C. § 1915(b)(2).

DATED: October 5, 2005.

                                              **CRAIG M. KELLISON**
                                              UNITED STATES MAGISTRATE JUDGE