**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

DAVID WAYNE WILSON,                        2:05-cv-1649-GEB-CMK-P

      Plaintiff,

  vs.                                                                       <u>ORDER</u>

TERESA A. SCHWARTZ, et al.,

      Defendants.

_____/

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

      On November 3, 2005, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within ten days. Plaintiff has filed objections to the findings and recommendations.

1

1          In accordance with the provisions of 28 U.S.C.
2  § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a
3  de novo review of this case.  Having carefully reviewed the
4  entire file, the court finds the findings and recommendations to
5  be supported by the record and by proper analysis.
6          Accordingly, IT IS HEREBY ORDERED that:
7          1.   The findings and recommendations filed November 3,
8  2005, are adopted in full; and
9          2.   Defendant the California Medical Facility,
10 Vacaville, is dismissed from this action, with prejudice, as an
11 immune defendant.

13 DATED:  December 6, 2005

14                              /s/ Garland E. Burrell, Jr.
                                GARLAND E. BURRELL, JR.
15                              United States District Judge

2