IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID WAYNE WILSON,  2:05-cv-1649-GEB-CMK-P

    Plaintiff,

  vs.  ORDER

TERESA A. SCHWARTZ, et al.,

    Defendants.

_____/

       Plaintiff, a state prisoner proceeding pro se and in forma pauperis, appeals the court's final judgment entered on October 31, 2006. The matter was referred to the undersigned by the Ninth Circuit Court of Appeals to certify whether the appeal is taken in good faith. See 28 U.S.C. § 1915(a)(3). Having reviewed the entire file, the court concludes that the appeal is not taken in good faith. Specifically, the gravamen of plaintiff's claim is medical malpractice, which is not cognizable under § 1983. See Estelle v. Gamble, 429 U.S. 97, 106 (1976); Jackson v. McIntosh, 90 F.3d 330, 332 (9th Cir. 1996).

/ / /

/ / /

/ / /

1

1       Accordingly, IT IS HEREBY ORDERED that:

2       1.    This appeal is <u>not</u> taken in good faith; and

3       2.    The Clerk of the Court is directed to serve a copy of this order on the Pro Se Unit at the Ninth Circuit Court of Appeals.

Dated: January 4, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

2